■ Roger A. Cosmo et al., Appellants, v Town of Evans et al., Respondents. [879 NYS2d 768]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered May 16, 2008 in a personal injury action. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Herod v Mele*, 62 AD3d 1269 [2009]). Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.